United States District Court
Southern District of Texas
**ENTERED**
September 22, 2016
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | |
|---|---|
| JOSE ARMANDO ALVAREZ,<br>Movant,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br>Respondent. | §<br>§<br>§<br>§<br>§　　Case No. 1:13-cv-170<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation in the above-referenced cause of action. The time to file objections has passed. After a de novo review of the file, the Magistrate Judge's Report and Recommendation is **ADOPTED**. It is, therefore, **ORDERED, ADJUDGED,** and **DECREED** that Alvarez's § 2255 Motion (Dkt. No. 1) is **DISMISSED**. A certificate of appealability shall not issue.

Signed this 22 day of September, 2016.

Hilda Tagle
**Senior United States District Judge**